UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00216-D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PASCUAL FLORES-TORRES | ) | |
| a/k/a "Jose Vileraldo" | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to dismiss the pending Indictment relative to the above captioned defendant.

After due consideration and for good cause shown in the government's motion, the Court hereby GRANTS the government's motion and ORDERS the instant Indictment DISMISSED.

So ORDERED, this __8__ day of November, 2016.

JAMES C. DEVER III
Chief United States District Judge